# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-00986 **Case Title:** Dahlco Seeds, Inc. v. FMC Corporation

**Affidavit of Movant**

I, Steven C. Eggimann, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael E. McWilliams an attorney admitted to practice in the Southern District of Mississippi, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant ~~FMC Corporation~~ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Steven C. Eggimann — 26013 — 6/14/01
Signature — MN Attorney License # — Date

**Affidavit of Proposed Admittee**

I, MICHAEL E. MCWILLIAMS, am currently a member in good standing of the U.S. District Court for the SOUTHERN District of MISSISSIPPI, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Michael E. McWilliams — Michael E. McWilliams — 6/7/01
Type/Print Name — Signature — Date

Attorney License Number: MB# 8733

Law Firm Name & Address: Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567, Jackson, MS 39225-2567

Telephone: (601) 948-5711

Motion Granted: Francis E. Dosal — JUN 19 2001
For the Court: Francis E. Dosal, Clerk — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 20 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______