UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

DAHLCO SEEDS, INC.

Plaintiff

VS. CIVIL NO.: 01-986 (JEL/JGL)

FMC CORPORATION

Defendant

**AGREED ORDER EXTENDING EXPERT REPORT DEADLINES AND DISCOVERY DEADLINE**

Plaintiff Dahlman Farms, Inc., and Defendant FMC Corporation, through their counsel, having bought on their joint request for an extension of the expert report deadlines and a joint request for an extension of the discovery deadline and the Court being advised that FMC Corporation has recently filed its motion for summary judgment and that such motion has not yet been placed on Judge Lancaster's hearing docket, and otherwise being fully informed in the premises, finds that good cause exists for thirty (30) day extensions of both the expert witness report deadlines for each party and the discovery deadline in this case.

IT IS, THEREFORE, ORDERED that the new deadline for the preparation and service of the plaintiff's expert witness reports will be July 17, 2002 and that the new deadline for the preparation and service of the defendant's expert witness reports will be August 15, 2002. Furthermore, the Court finds that good cause exists to extend the discovery deadline from October 1, 2002 until November 1, 2002.

SO ORDERED, this the 19 day of June, 2002.

CHIEF MAGISTRATE JUDGE LEBEDOFF

JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AGREED TO:

MICHAEL M. FLUEGEL
COUNSEL FOR PLAINTIFF

MICHAEL E. McWILLIAMS
COUNSEL FOR FMC CORPORATION