**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dahlman Farms, Inc.

Plaintiff,

v.

FMC Corporation,

Defendant.

01cv986 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Defendant's Motion for Summary Judgment** on Thursday, July 18, 2002 at 9:30 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: June 27, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED JUN 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK