UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

DAHLMAN FARMS, INC.

Plaintiff,

vs. Case No. 01-968-JEL/JGL

FMC CORPORATION

Defendant.

**STIPULATION EXTENDING**
**PRETRIAL DEADLINES AND TRIAL SETTING**

COME NOW Dahlman Farms, Inc. and FMC Corporation, through their respective counsel and in accordance with the Court's instructions and hereby, submit the following stipulation for the Court's approval. The deadlines set forth in the September 2001 Pretrial Scheduling order and the Agreed Order dated June 19, 2002 are hereby modified as follows:

1. Discovery shall be commenced in time to be completed by March 1, 2003.

2. The deadline for preparation and service of the plaintiff's expert witness reports in conformity with Rule 26(a)(2)(B) shall be made on or before November 18, 2002;

3. The deadline for preparation and service of the defendant's expert witness reports in conformity with Rule 26(a)(2)(B) shall be December 18, 2002; and

4. The case shall be ready for trial on June 2, 2003, or upon resolution of any pending dispositive motions.

A 9 7, 2002

JONATHAN LEBEDOFF
CHIEF UNITED STATES MAGISTRATE JUDGE

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AGREED TO BY:

Michael E. McWilliams (Miss. Bar No. 8733)
Steven C. Eggimann (Bar No. 26013)
COUNSEL FOR FMC CORPORATION

Michael M. Fluegel (Bar No. 30417)
COUNSEL FOR PLAINTIFF