UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
CIVIL FILE NUMBER: 01cv986 JEL/JGL

Dahlman Farms, Inc., formerly known as Dahlco Seeds, Inc.,

Plaintiff,

vs.

FMC Corporation,

Defendant.

**STIPULATION EXTENDING PRETRIAL DEADLINES AND TRIAL SETTING**

COME NOW Dahlman Farms, Inc. and FMC Corporation, through their respective counsel and in accordance with the Court's instructions and hereby, submit the following stipulation for the Court's approval. The deadlines set forth in the September 2001 Pretrial Scheduling Order, the Agreed Order dated June 19, 2002; and the Second Agreed Order dated August 7, 2002 are hereby modified as follows:

1. Discovery shall be commenced in time to be completed by July 1, 2003;

2. The deadline for preparation and service of the Plaintiff's expert witness reports in conformity with Rule 26(a)(2)(B) shall be made on or before March 18, 2003;

3. The deadline for preparation and service of the Defendant's expert witness reports in conformity with Rule 26(a)(2)(B) shall be April 18, 2003; and

4. The case shall be ready for trial on October 2, 2003. ~~, or upon resolution of any pending dispositive motions.~~ JGL

JONATHAN LEBEDOFF
CHIEF UNITED STATES MAGISTRATE JUDGE

FILED NOV 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

AGREED TO BY:

Michael E. McWilliams (Miss. Bar No. 8733)
Steven C. Eggimann (MN Bar No. 26013)
COUNSEL FOR FMC CORPORATION

Michael M. Fluegel (MN Bar No. 30417)
COUNSEL FOR PLAINTIFF