AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Dahlman Farms, Inc.

V.

FMC Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-986JEL/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that defendant's motion for summary judgment is GRANTED.

December 2, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Deputy Clerk